UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff**(s):    **Brianna Longoria , ; , ;**

**Defendant**(s):   **Mary Metheny , ; John Doe Metheny , ; Anette Hannah , ; John Doe Hannah , ; City of Phoenix , ; , ;**

County of Residence: Outside the State of Arizona

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

Defendant's Atty(s):

**John H. Sud ,**
Sud & Pierce, PLLC
141 E Palm Lane, Suite 100
Phoenix, Arizona  85004
309-310-6909

,

**Benjamin D. Pierce ,**
Sud & Pierce, PLLC
141 E Palm Lane, Suite 100
Phoenix, Arizona  85004

,

**Nitin Sud ,**
Sud & Pierce, PLLC
6750 West Loop South, Suite 920
Bellaire, Texas  77401
832-623-6420

**IFP REQUESTED**

**REMOVAL FROM COUNTY, CASE #**

<u>II. Basis of Jurisdiction</u>:                                 **3. Federal Question (U.S. not a party)**

<u>III. Citizenship of Principal Parties</u>**(Diversity Cases Only)**

Plaintiff:-                                                  **N/A**

Defendant:-                                                 **N/A**

<u>IV. Origin</u> :                                              **1. Original Proceeding**
<u>V. Nature of Suit</u>:                                        **440 Other Civil Rights**

<u>VI.Cause of Action</u>:                                       **42 U.S.C. §1983**

<u>VII. Requested in Complaint</u>

Class Action:                                              **No**

Dollar Demand:

VIII. This case **is not related** to another case.

**Signature:** John H. Sud

   **Date:** 12/23/2025

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014