OFFICE OF THE CITY ATTORNEY
JULIE M. KRIEGH, City Attorney State Bar No. 021175
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov

Joshua R. Zimmerman, State Bar No. 025876
Assistant City Attorney
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

<table>
<tr><td>BRIANNA LONGORIA, individually,<br><br>         Plaintiff,<br><br>v.<br><br>MARY and JOHN DOE METHENY;<br>ANETTE and JOHN DOE HANNAH;<br>and CITY OF PHOENIX, a<br>government entity,<br><br>         Defendants.</td><td>Case No. 2:25-cv-04931-MTL-CDB<br><br>**ANSWER**<br><br>(*Assigned to the Honorable Michael T. Liburdi*)</td></tr>
</table>

Defendant City of Phoenix, Mary Metheny and Anette Hannah ("Defendants") responds to Plaintiff's Complaint as follows:

1.    Defendants deny the allegations in Paragraph 1.

2.    Defendants deny the allegations in Paragraph 2.

3.    Defendants deny the allegations in Paragraph 3.

4.    Defendants deny the allegations in Paragraph 4.

5.    Defendants deny the allegations in Paragraph 5.

6.    Defendants deny the allegations in Paragraph 6.

7.    Defendants deny the allegations in Paragraph 7.

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

8. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 8; therefore, they are denied.

9. Defendants admit that it is a government entity only. The remaining allegations in Paragraph 9 are denied.

10. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 10; therefore, they are denied.

11. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 11; therefore, they are denied.

12. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 12; therefore, they are denied.

13. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 13; therefore, they are denied.

14. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 14; therefore, they are denied.

15. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 15; therefore, they are denied.

16. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 16; therefore, they are denied.

17. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 17; therefore, they are denied.

18. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 18; therefore, they are denied.

19. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 19; therefore, they are denied.

20. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 20; therefore, they are denied.

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

21.    Paragraph 21 asserts a legal conclusion to which no response is required. To the extent a response is required, Defendants lack sufficient information to affirm or deny the allegations in Paragraph 21; therefore, they are denied.

22.    Paragraph 22 asserts a legal conclusion to which no response is required. To the extent a response is required, Defendants lack sufficient information to affirm or deny the allegations in Paragraph 22; therefore, they are denied.

23.    Paragraph 23 asserts a legal conclusion to which no response is required. To the extent a response is required, Defendants lack sufficient information to affirm or deny the allegations in Paragraph 23; therefore, they are denied.

24.    Paragraph 24 asserts a legal conclusion to which no response is required. To the extent a response is required, Defendants lack sufficient information to affirm or deny the allegations in Paragraph 24; therefore, they are denied.

25.    Paragraph 25 asserts a legal conclusion to which no response is required. To the extent a response is required, Defendants lack sufficient information to affirm or deny the allegations in Paragraph 25; therefore, they are denied.

26.    Paragraph 26 asserts a legal conclusion to which no response is required. To the extent a response is required, Defendants lack sufficient information to affirm or deny the allegations in Paragraph 26; therefore, they are denied.

27.    Paragraph 27 asserts a legal conclusion to which no response is required. To the extent a response is required, Defendants lack sufficient information to affirm or deny the allegations in Paragraph 27; therefore, they are denied.

28.    Paragraph 28 asserts a legal conclusion to which no response is required. To the extent a response is required, Defendants lack sufficient information to affirm or deny the allegations in Paragraph 28; therefore, they are denied.

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

29.     Paragraph 29 asserts a legal conclusion to which no response is required. To the extent a response is required, Defendants lack sufficient information to affirm or deny the allegations in Paragraph 29; therefore, they are denied.

30.     Paragraph 30 asserts a legal conclusion to which no response is required. To the extent a response is required, Defendants lack sufficient information to affirm or deny the allegations in Paragraph 30; therefore, they are denied.

31.     Defendants lack sufficient information to affirm or deny the allegations in Paragraph 31; therefore, they are denied.

32.     Defendants lack sufficient information to affirm or deny the allegations in Paragraph 32; therefore, they are denied.

33.     Defendants lack sufficient information to affirm or deny the allegations in Paragraph 33; therefore, they are denied.

34.     Defendants lack sufficient information to affirm or deny the allegations in Paragraph 34; therefore, they are denied.

35.     Defendants lack sufficient information to affirm or deny the allegations in Paragraph 35; therefore, they are denied.

36.     Defendants lack sufficient information to affirm or deny the allegations in Paragraph 36; therefore, they are denied.

37.     Defendants lack sufficient information to affirm or deny the allegations in Paragraph 37; therefore, they are denied.

38.     Defendants lack sufficient information to affirm or deny the allegations in Paragraph 38; therefore, they are denied.

39.     Defendants lack sufficient information to affirm or deny the allegations in Paragraph 39; therefore, they are denied.

40.     Defendants lack sufficient information to affirm or deny the allegations in Paragraph 40; therefore, they are denied.

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

41.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 41; therefore, they are denied.

42.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 42; therefore, they are denied.

43.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 43; therefore, they are denied.

44.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 44; therefore, they are denied.

45.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 45; therefore, they are denied.

46.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 46; therefore, they are denied.

47.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 47; therefore, they are denied.

48.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 48; therefore, they are denied.

49.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 49; therefore, they are denied.

50.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 50; therefore, they are denied.

51.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 51; therefore, they are denied.

52.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 52; therefore, they are denied.

53.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 53; therefore, they are denied.

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

54.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 54; therefore, they are denied.

55.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 55; therefore, they are denied.

56.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 56; therefore, they are denied.

57.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 57; therefore, they are denied.

58.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 58; therefore, they are denied.

59.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 59; therefore, they are denied.

60.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 60; therefore, they are denied.

61.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 61; therefore, they are denied.

62.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 62; therefore, they are denied.

63.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 63; therefore, they are denied.

64.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 64; therefore, they are denied.

65.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 65; therefore, they are denied.

66.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 66; therefore, they are denied.

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

67.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 67; therefore, they are denied.

68.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 68; therefore, they are denied.

69.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 69; therefore, they are denied.

70.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 70; therefore, they are denied.

71.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 71; therefore, they are denied.

72.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 72; therefore, they are denied.

73.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 73; therefore, they are denied.

74.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 74; therefore, they are denied.

75.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 75; therefore, they are denied.

76.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 76; therefore, they are denied.

77.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 77; therefore, they are denied.

78.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 78; therefore, they are denied.

79.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 79; therefore, they are denied.

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

80.     Defendants lack sufficient information to affirm or deny the allegations in Paragraph 80; therefore, they are denied.

81.     Defendants lack sufficient information to affirm or deny the allegations in Paragraph 81; therefore, they are denied.

82.     Defendants lack sufficient information to affirm or deny the allegations in Paragraph 82; therefore, they are denied.

83.     Defendants lack sufficient information to affirm or deny the allegations in Paragraph 83; therefore, they are denied.

84.     Defendants lack sufficient information to affirm or deny the allegations in Paragraph 84; therefore, they are denied.

85.     Defendants lack sufficient information to affirm or deny the allegations in Paragraph 85; therefore, they are denied.

86.     Defendants lack sufficient information to affirm or deny the allegations in Paragraph 86; therefore, they are denied.

87.     Defendants lack sufficient information to affirm or deny the allegations in Paragraph 87; therefore, they are denied.

88.     Defendants lack sufficient information to affirm or deny the allegations in Paragraph 88; therefore, they are denied.

89.     Defendants lack sufficient information to affirm or deny the allegations in Paragraph 89; therefore, they are denied.

90.     Defendants lack sufficient information to affirm or deny the allegations in Paragraph 90; therefore, they are denied.

91.     Defendants lack sufficient information to affirm or deny the allegations in Paragraph 91; therefore, they are denied.

92.     Defendants lack sufficient information to affirm or deny the allegations in Paragraph 92; therefore, they are denied.

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

93. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 93; therefore, they are denied.

94. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 94; therefore, they are denied.

95. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 95; therefore, they are denied.

96. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 96; therefore, they are denied.

97. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 97; therefore, they are denied.

98. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 98; therefore, they are denied.

99. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 99; therefore, they are denied.

100. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 100; therefore, they are denied.

101. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 101; therefore, they are denied.

102. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 102; therefore, they are denied.

103. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 103; therefore, they are denied.

104. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 104; therefore, they are denied.

105. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 105; therefore, they are denied.

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

106. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 106; therefore, they are denied.

107. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 107; therefore, they are denied.

108. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 108; therefore, they are denied.

109. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 109; therefore, they are denied.

110. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 110; therefore, they are denied.

111. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 111; therefore, they are denied.

112. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 112; therefore, they are denied.

113. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 113; therefore, they are denied.

114. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 114; therefore, they are denied.

115. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 115; therefore, they are denied.

116. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 116; therefore, they are denied.

117. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 117; therefore, they are denied.

118. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 118; therefore, they are denied.

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

119. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 119; therefore, they are denied.

120. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 120; therefore, they are denied.

121. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 121; therefore, they are denied.

122. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 122; therefore, they are denied.

123. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 123; therefore, they are denied.

124. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 124; therefore, they are denied.

125. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 125; therefore, they are denied.

126. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 126; therefore, they are denied.

127. The responses above are incorporated here.

128. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 128; therefore, they are denied.

129. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 129; therefore, they are denied.

130. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 130; therefore, they are denied.

131. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 131; therefore, they are denied.

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

132.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 132; therefore, they are denied.

133.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 133; therefore, they are denied.

134.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 134; therefore, they are denied.

135.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 135; therefore, they are denied.

136.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 136; therefore, they are denied.

137.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 137; therefore, they are denied.

138.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 138; therefore, they are denied.

139.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 139; therefore, they are denied.

140.    The responses above are incorporated here.

141.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 141; therefore, they are denied.

142.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 142; therefore, they are denied.

143.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 143; therefore, they are denied.

144.    Defendants lack sufficient information to affirm or deny the allegations in Paragraph 144; therefore, they are denied.

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

145. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 145; therefore, they are denied.

146. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 146; therefore, they are denied.

147. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 147; therefore, they are denied.

148. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 148; therefore, they are denied.

149. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 149; therefore, they are denied.

150. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 150; therefore, they are denied.

151. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 151; therefore, they are denied.

152. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 152; therefore, they are denied.

153. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 153; therefore, they are denied.

154. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 154; therefore, they are denied.

155. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 155; therefore, they are denied.

156. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 156; therefore, they are denied.

157. The responses above are incorporated here.

158.   Defendants lack sufficient information to affirm or deny the allegations in Paragraph 158; therefore, they are denied.

159.   Defendants lack sufficient information to affirm or deny the allegations in Paragraph 159; therefore, they are denied.

160.   Defendants lack sufficient information to affirm or deny the allegations in Paragraph 160; therefore, they are denied.

161.   Defendants lack sufficient information to affirm or deny the allegations in Paragraph 161; therefore, they are denied.

162.   Defendants lack sufficient information to affirm or deny the allegations in Paragraph 162; therefore, they are denied.

163.   Defendants lack sufficient information to affirm or deny the allegations in Paragraph 163; therefore, they are denied.

164.   Defendants lack sufficient information to affirm or deny the allegations in Paragraph 164; therefore, they are denied.

165.   Defendants lack sufficient information to affirm or deny the allegations in Paragraph 165; therefore, they are denied.

166.   Defendants lack sufficient information to affirm or deny the allegations in Paragraph 166; therefore, they are denied.

167.   Defendants lack sufficient information to affirm or deny the allegations in Paragraph 167; therefore, they are denied.

168.   Defendants lack sufficient information to affirm or deny the allegations in Paragraph 168; therefore, they are denied.

169.   Defendants lack sufficient information to affirm or deny the allegations in Paragraph 169; therefore, they are denied.

170.   Defendants lack sufficient information to affirm or deny the allegations in Paragraph 170; therefore, they are denied.

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

171. The responses above are incorporated here.

172. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 172; therefore, they are denied.

173. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 173; therefore, they are denied.

174. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 174; therefore, they are denied.

175. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 175; therefore, they are denied.

176. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 176; therefore, they are denied.

177. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 177; therefore, they are denied.

178. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 178; therefore, they are denied.

179. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 179; therefore, they are denied.

180. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 180; therefore, they are denied.

181. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 181; therefore, they are denied.

182. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 182; therefore, they are denied.

183. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 183; therefore, they are denied.

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

184. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 184; therefore, they are denied.

185. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 185; therefore, they are denied.

186. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 186; therefore, they are denied.

187. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 187; therefore, they are denied.

188. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 188; therefore, they are denied.

189. The responses above are incorporated here.

190. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 190; therefore, they are denied.

191. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 191; therefore, they are denied.

192. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 192; therefore, they are denied.

193. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 193; therefore, they are denied.

194. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 194; therefore, they are denied.

195. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 195; therefore, they are denied.

196. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 196; therefore, they are denied.

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

197. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 197; therefore, they are denied.

198. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 198; therefore, they are denied.

199. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 199; therefore, they are denied.

200. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 200; therefore, they are denied.

201. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 201; therefore, they are denied.

202. Defendants lack sufficient information to affirm or deny the allegations in Paragraph 202; therefore, they are denied.

203. The responses above are incorporated here.

204. Defendants deny the allegations in Paragraph 204.

205. Defendants deny the allegations in Paragraph 205.

206. Defendants deny the allegations in Paragraph 206.

207. Defendants deny the allegations in Paragraph 207.

208. Defendants deny the allegations in Paragraph 208.

209. Defendants deny the allegations in Paragraph 209.

210. Defendants deny the allegations in Paragraph 210.

211. Defendants deny the allegations in Paragraph 211.

212. Defendants deny the allegations in Paragraph 212.

213. Defendants deny the allegations in Paragraph 213.

214. Defendants deny the allegations in Paragraph 214.

215. Defendants deny the allegations in Paragraph 215.

216. Defendants deny the allegations in Paragraph 216.

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

217. Defendants deny the allegations in Paragraph 217.

218. Defendants deny the allegations in Paragraph 218.

219. Defendants deny the allegations in Paragraph 219.

220. Defendants deny the allegations in Paragraph 220.

221. Defendants deny the allegations in Paragraph 221.

222. Defendants deny the allegations in Paragraph 222.

223. Defendants deny the allegations in Paragraph 223.

224. The responses above are incorporated here.

225. Defendants deny the allegations in Paragraph 225.

226. Defendants deny the allegations in Paragraph 226.

227. Defendants deny the allegations in Paragraph 227.

228. Defendants deny the allegations in Paragraph 228.

229. Defendants deny the allegations in Paragraph 229.

230. Defendants deny the allegations in Paragraph 230.

231. Defendants deny the allegations in Paragraph 231.

232. Defendants deny the allegations in Paragraph 232.

233. Defendants deny the allegations in Paragraph 233.

234. Defendants deny the allegations in Paragraph 234.

235. Defendants deny the allegations in Paragraph 235.

236. Defendants deny the allegations in Paragraph 236.

237. The responses above are incorporated here.

238. Defendants deny the allegations in Paragraph 238.

239. Defendants deny the allegations in Paragraph 239.

240. Defendants deny the allegations in Paragraph 240.

241. Defendants deny the allegations in Paragraph 241.

242. Defendants deny the allegations in Paragraph 242.

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

243. Defendants deny the allegations in Paragraph 243.

244. Defendants deny the allegations in Paragraph 244.

245. Defendants deny the allegations in Paragraph 245.

246. Defendants deny the allegations in Paragraph 246.

247. Defendants deny the allegations in Paragraph 247.

248. Defendants deny the allegations in Paragraph 248.

249. Defendants deny the allegations in Paragraph 249.

250. Defendants deny the allegations in Paragraph 250.

251. Defendants deny the allegations in Paragraph 251.

252. Defendants deny the allegations in Paragraph 252.

253. Defendants deny the allegations in Paragraph 253.

## AFFIRMATIVE DEFENSES

1. Unclean hands.

2. Failure to mitigate damages.

WHEREFORE, having fully answered Plaintiff's Complaint, Defendant prays for an order as follows:

A. Dismissing Plaintiff's Complaint with prejudice and that Plaintiff take nothing thereby;

B. For recovery of its costs and other remedies afforded under state law;

C. For recovery of its attorneys' fees; and

D. For such other relief in law or in equity as the Court deems just.

RESPECTFULLY SUBMITTED this 19th day of February, 2026.

JULIE M. KRIEGH, City Attorney

By: /s/ *Joshua R. Zimmerman*
     Joshua R. Zimmerman

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

Assistant City Attorney
*Attorneys for Defendants*_____

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2026, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**SUD & PIERCE, PLLC**
John H. Sud
Benjamin D. Pierce
Nitin Sud
141 E. Palm Lane
Suite 100
Phoenix, Arizona 85004
*Attorneys for Plaintiff*

By: /s/ *Cristina I. Anza*r

4928-5626-6384, v. 1

20