**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Brianna Longoria,

              Plaintiff,

v.

Mary Metheny, et al.,

              Defendants.

No. CV 25-04931 PHX MTL (CDB)

**CASE MANAGEMENT ORDER**

**IT IS ORDERED that:**

**1. All parties shall serve their initial disclosures** pursuant to Rule 26(a) of the Federal Rules of Civil Procedure no later than **April 30, 2026**. The parties may begin discovery upon the docketing of this Order.

**2. Deadline for Joining Parties and Amending Pleadings**. The deadline for joining parties, amending pleadings, or filing supplemental pleadings, is **June 2, 2026**. Any motion for leave to amend or notice of amendment must be filed in accordance with Rule 15.1 of the Local Rules of Civil Procedure.

**3. Discovery Deadlines and Limitations**. Depositions in this case shall be limited to seven hours each as provided in Rule 30(d)(1) of the Federal Rules of Civil Procedure. The number of depositions and interrogatories shall be as limited in Rule 30(a)(2)(A)(i) and Rule 33(a)(1) of the Federal Rules of Civil Procedure. Should any party seek to limit or conduct additional depositions they should file an appropriate motion. Each side may also propound up to 40 requests for production of documents, including subparts, and up to 40 requests for admissions, including subparts. The limitations set forth in this paragraph

may be increased by agreement of the parties, but such an increase will not result in an extension of the discovery deadlines.

**a. Depositions**: All depositions shall be scheduled to commence at least five working days prior to the discovery deadline. A deposition commenced five days prior to the deadline may continue up until the deadline, as necessary.

**b. Fact Discovery**: All written discovery shall be <u>completed</u> no later than **October 7, 2026**. The depositions of fact witnesses shall be <u>completed</u> no later than **December 11, 2026**. All electronically stored information ("ESI"), if any, shall be provided no later than **June 12, 2026**.

**4. Deadlines for Disclosure of Experts and Completion of Expert Discovery**.

a. Plaintiff shall provide full and complete expert disclosure as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure no later than **November 6, 2026**.

b. Defendants shall provide full and complete expert disclosure as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure no later than **December 16, 2026**.

c. Rebuttal expert disclosure, if any, shall be made no later than **January 29, 2027**. Rebuttal experts shall be limited to responding to opinions stated by initial experts.

d. All expert witness depositions shall be <u>completed</u> no later than **February 12, 2027**. As with fact witness depositions, expert depositions shall be scheduled to commence at least five working days before the deadline.

**5. Discovery Disputes**.

The parties are directed to Local Civil Rule 7.2(j), which prohibits filing discovery motions unless the parties have first met to resolve any discovery difficulties. If the parties cannot reach a resolution, they are directed to file the appropriate motion specifying the relief sought and citing to any published legal opinion which supports their motion. Any briefing regarding a discovery dispute shall comply with Local Rule of Civil Procedure 7.2(k).

**6. Deadline for Filing Dispositive Motions.**

a. Dispositive motions shall be filed no later than **February 19, 2027**. Such motions must comply in all respects with the Federal Rules of Civil Procedure and the Local Rules.

b. No party shall file more than one motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure unless permission is first obtained from the Court.

c. Pursuant to Local Rule of Civil Procedure 7.2(f), a party desiring oral argument on a motion for summary judgment must request it by placing "Oral Argument Requested" immediately below the title of the motion or the response to the motion. The Court may decide motions without oral argument and will issue an order scheduling oral argument as it deems appropriate.

**7. Deadline for Engaging in Good Faith Settlement Talks**. All parties and their counsel shall meet in person and engage in good faith settlement talks no later than **January 8, 2027**. The parties shall jointly notify the Court if and when they agree upon a referral to a different magistrate judge for the purpose of conducting a settlement conference.

Upon completion of settlement talks, and in no event later than seven working days after the deadline set forth in the preceding sentence, the parties shall file with the Court a joint Report on Settlement Talks executed by or on behalf of all counsel. The Report shall inform the Court that good faith settlement talks have been held and shall report on the outcome of such talks. The parties shall promptly notify the Court at any time when settlement is reached during the course of this litigation.

**8. The Deadlines Are Real.** The parties are advised that the Court intends to enforce the deadlines set forth in this order and should plan their litigation activities accordingly.

Dated this 19th day of March, 2026.

_____
Camille D. Bibles
United States Magistrate Judge